**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00663-CV

## COLLIN PORTERFIELD, Appellant

### V.

## CENLAR FSB, MORGAN STANLEY PRIVATE BANK NA, F/K/A MORGAN STANLEY CREDIT CORPORATION, BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00651-C**

## ORDER

Before the Court is appellant's agreed motion for partial dismissal. Stating he and appellee Barrett Daffin Frappier Turner & Engle, LLP ("BDFTE") have settled, appellant requests we sever his claims against BDFTE and dispose of those claims by affirming the trial court's judgment in favor of BDFTE. We **GRANT** appellant's request to sever and **SEVER** his claims against BDFTE from this appeal. Appellant's appeal of the trial court's judgment in favor of BDFTE is docketed as appellate cause number 05-14-01537-CV and is styled *Collin Porterfield v. Barrett Daffin Frappier Turner & Engle, LLP*. Appellant's request to dispose of his claims against BDFTE will be determined in due course.

/s/     CRAIG STODDART
JUSTICE